Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>Robert A. Story,<br><br>            Defendant. | No. 6:13-mj-102-MJS<br><br><br>STIPULATION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |

    IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Robert A. Story, that the Initial Appearance in the above-captioned matter set for October 8, 2013 shall be continued to December 17, 2013 at 10:00 a.m.  Mr. Story is currently in Ohio and will return to the Yosemite area for work beginning in December.  The conditions of release previously given to Mr. Story will remain in effect through the rescheduled initial appearance date.

Dated:  September 30, 2013        /S/ Susan St. Vincent_____
                                                    Susan St. Vincent
                                                    Acting Legal Officer
                                                    Yosemite National Park

Dated:  September 30, 2013         /S/ Robert A. Story_____
                                                    Robert A. Story

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the October 8, 2013, Initial appearance for U.S. v. Story case number 6:13-MJ-102-MJS, is hereby continued to December 17, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 2, 2013              /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE